07-22116.or2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-22116-CIV-COOKE-BROWN

DANIEL MERCADO,

    Plaintiff,

vs.

ARITA CONSTRUCTION, INC.,

    Defendant.
_____/

## ORDER DENYING MOTION FOR APPROVAL OF SETTLEMENT

**This matter** is before this Court on Joint Stipulation and Order for Dismissal..., filed January 8, 2008. The Court has considered the Stipulation and all pertinent materials in the file. On February 11, 2008, the District Judge issued as Order of Reference in this matter to have this court consider the fairness of the settlement under applicable case law. That Order of reference also stated "[T]he parties shall file all appropriate paperwork necessary for Court approval of the settlement within 10 days of this Order." Nothing additional was filed.

The Court is required to approve the settlement agreement. See Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350 (11th Cir. 1982). That case states that the Court may grant said approval "after scrutinizing the settlement for fairness". Id at 1353.

The Settlement Agreement says that defendant will pay plaintiff $4,000. It says nothing about what plaintiff claimed in this case and nothing about how much, if any, is going to plaintiff and how much, if any, is going to counsel.

There is no basis for the Court can evaluate the "fairness" of same. There is no

1

breakdown of attorneys' fees and costs. In short, there is nothing the parties have given this Court to allow it to "scrutinize the settlement for fairness". Notwithstanding the obvious lack of such materials, nothing additional was filed despite a Court order requiring "paperwork necessary for Court approval..." to be filed.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without prejudice.**

Before the Court will entertain an amended motion/stipulation complying with said order, the parties shall show good cause, in writing, why sanctions should not be imposed for the failure to comply in the first place.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of March, 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:  Honorable Marcia G. Cooke
     Counsel of record